# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 132 WAL 2022

           Respondent            :

           :   Petition for Allowance of Appeal
           :   from the Order of the Superior Court
           v.            :

RIVER GARRETT STONE,            :

           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 12th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.